AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Marco Antonio MARQUEZ

*Defendant(s)*

**FILED**

May 26, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Myrna Gallegos
DEPUTY

Case No.    **EP-26-MJ-2220-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 21, 2026   in the county of   El Paso   in the
Western   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs. 841(a)(1), (b)(1)(A)(ii) | Possession of a Controlled Substance with Intent to Distribute, to-wit: 5 kilograms or more of cocaine. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Sergio Enriquez*
*Complainant's signature*

Sergio Enriquez, DEA Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date:   05/26/2026

City and state:   El Paso, Texas

*Judge's signature*

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on
May 26, 2026   at   12:49 PM   and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## FACTS

On May 21, 2026, Drug Enforcement Administration (DEA) Special Agents along with other law enforcement investigators conducted surveillance on a suspected drug stash house. On that same date, the investigators observed a red 2024 Chevrolet Silverado pickup truck, bearing Texas registration VJH-8496, arrive at the suspected drug stash house and parked on the curb. A short time later, the investigators saw the driver and sole occupant of the red Silverado, later identified as Marco Antonio Marquez (MARQUEZ), exiting the red Silverado and opening the rear passenger door on the driver's side of the vehicle. The investigators then observed MARQUEZ rummaging through the rear passenger area of the red Silverado.

Moments later, the investigators saw a male, who was identified to be Roger Mondragon (MONDRAGON), exit suspected drug stash house. The investigators saw MONDRAGON carrying a carboard box. The cardboard box appeared to be heavy as MONDRAGON was carrying it in both arms. MONDRAGON then met with MARQUEZ, and they rummaged through the rear passenger area of the red Silverado. Moments later, the investigators saw MONDRAGON carrying the cardboard box back into the suspected drug stash house. The cardboard box appeared to be empty by the way MONDRAGON was carrying the box holding it with his left hand only. MARQUEZ then departed suspected drug stash house in the red Silverado. Investigators continued non-interrupted surveillance of MARQUEZ as he drove away alone in the red Silverado.

Later on that same date, a marked unit from the El Paso County Sheriff's (EPCSO) Office subsequently conducted a traffic stop of the red Silverado for speeding on Interstate Highway-10 East, at about mile marker 52. When the EPCSO deputy approached the vehicle, the EPCSO Deputy noticed that MARQUEZ appeared nervous as his hands were shaking and began to talk faster as he answered questions. MARQUEZ then told the deputy that he had a handgun in the front passenger seat of the vehicle, and the deputy asked MARQUEZ to step out of the red Silverado. MARQUEZ gave the EPCSO consent to search the red Silverado. A narcotics detection canine sniffed the exterior of the vehicle and alerted to the red Silverado for the presence of odors coming from drugs and/or drugs residue. After the EPCSO Deputies searched the red Silverado, the EPCSO deputies discovered 10 brick-shaped bundles concealed behind the rear passenger seat. The bundles had a total gross weight of approximately 12.6 kilograms. Eight of the bundles were wrapped in silver aluminum tape with a white plastic tape line, and two of the bundles were wrapped in white and blue plastic tape.

A sample was taken from one of the bundles, which field-tested positive for cocaine. Deputies also found a loaded .45 caliber pistol, two magazines loaded with ammunition, and an undetermined amount of bulk cash. DEA Special Agents then responded to the scene

and transported MARQUEZ to the Homeland Security Investigations (HSI) Special Agent in Charge (SAC) office for an interview in a safe location.

At the HSI SAC office, MARQUEZ was read his Miranda Rights in English, in which he invoked his right to an attorney. Moments later, the interview was terminated. On that same date, MARQUEZ was arrested without incident and booked into the El Paso, County Detention Center.

*Sergio Enriquez*

**Sergio Enriquez, Special Agent**